**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Ruben Roman** | Social Security number or ITIN **xxx–xx–8727** |
| | First Name   Middle Name   Last Name | EIN _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court **Northern District of Illinois**

Case number: **18–20165**

## Order of Discharge                                                                                             12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Ruben Roman

October 16, 2018                                        **For the court:**   Jeffrey P. Allsteadt, Clerk
                                                                                United States Bankruptcy Court

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 18-20165-LAH
Ruben Roman                                                               Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: admin              Page 1 of 2              Date Rcvd: Oct 16, 2018
                               Form ID: 318             Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 18, 2018.
db          +Ruben Roman,    8319 Kimball Ave,    Skokie, IL 60076-2926
tr          +Gus A Paloian,    Seyfarth, Shaw, Et Al,   233 S. Wacker Drive,    Suite 8000,
              Chicago, IL 60606-6448
26914139    +Bank of America,    4909 Savarese Circle,    Fl1-908-01-50,    Tampa, FL 33634-2413
27027072     Cap1/Victy,    POB 15524,   Wilmington DE 19850
27027074    +Chase MTG,    POB 24696,   Columbus OH 43224-0696
26914142    +Citibank,    Centralized Bankruptcy,    Po Box 790034,   St Louis, MO 63179-0034
26914143    +Citibank/The Home Depot,    Centralized Bankruptcy,    Po Box 790034,   St Louis, MO 63179-0034
27027071    +Cpa1/Carson,    POB 30253,   Salt Lake City UT 84130-0253
27027080    +Fifth Third Bank,    5050 Kingsley Dr,   Cincinnati OH 45227-1115
27027081     Heavner Beyers Mihlar LLC,    111 Main Street,    Decatur, IL 62525
27027082    +Peoples Engy,    200 East Randolph,   Chicago IL 60601-6302

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr          +E-mail/Text: gpaloian@iq7technology.com Oct 17 2018 02:15:31     Gus A Paloian,
              Seyfarth, Shaw, Et Al,   233 S. Wacker Drive,    Suite 8000,   Chicago, IL 60606-6448
27027070    +EDI: BMW.COM Oct 17 2018 05:43:00      Alphera Financial Serv,    5550 Britton Pkwy,
              Hilliard OH 43026-7456
26914138     EDI: BANKAMER.COM Oct 17 2018 05:43:00      Bank Of America,    Attn: Bankruptcy,   Po Box 982238,
              El Paso, TX 79998
27027073    +EDI: CAPITALONE.COM Oct 17 2018 05:43:00      Capital One,   POB 26625,    Richmond VA 23261-6625
26914140    +EDI: CAPITALONE.COM Oct 17 2018 05:43:00      Capital One,   Attn: Bankruptcy,    Po Box 30285,
              Salt Lake City, UT 84130-0285
26914141    +EDI: CHASE.COM Oct 17 2018 05:43:00      Chase Card Services,    Correspondence Dept,
              Po Box 15298,   Wilmington, DE 19850-5298
27027077    +EDI: WFNNB.COM Oct 17 2018 05:43:00      Comenity Bank/Carson,    POB 182789,
              Columbus OH 43218-2789
27027078    +EDI: WFNNB.COM Oct 17 2018 05:43:00      Comenity cb/HSN,   POB 182120,    Columbus OH 43218-2120
27027079    +EDI: DISCOVER.COM Oct 17 2018 05:43:00      Discover Fin SVCS llc,    POB 15316,
              Wilmington DE 19850-5316
27027085    +EDI: RMSC.COM Oct 17 2018 05:43:00      SYNCB/Amazon,   POB 965015,    Orlando FL 32896-5015
27027086    +EDI: RMSC.COM Oct 17 2018 05:43:00      SYNCB/Gap,   POB 965005,    Orlando FL 32896-5005
27027083    +EDI: SEARS.COM Oct 17 2018 05:43:00      Sears/CBNA,   POB 6282,    Sioux Falls SD 57117-6282
27027084    +EDI: CITICORP.COM Oct 17 2018 05:43:00      Shell/Citi,   POB 6497,    Sioux Falls SD 57117-6497
27027075     E-mail/Text: creditreconciliation@peoples.com Oct 17 2018 02:16:58     Citizens Bank,
              1000 Lafayette Blvd,   Bridgeport CT 06604
                                                                                              TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
27027076*    ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court:   Citizens Bank,    1000 Lafayette Blvd,    Bridgeport CT 06604)
                                                                                            TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2018                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 16, 2018 at the address(es) listed below:
          David H Cutler    on behalf of Debtor 1 Ruben  Roman cutlerfilings@gmail.com,
           r48280@notify.bestcase.com
          Gus A Paloian    gpaloian@seyfarth.com,    gpaloian@iq7technology.com;jmcmanus@seyfarth.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

```
District/off: 0752-1          User: admin              Page 2 of 2              Date Rcvd: Oct 16, 2018
                              Form ID: 318             Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
                                                                                         TOTAL: 3